JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA  91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN RUBY<br><br>   Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>   Defendant | CASE NO. 2:21-cv-01942-KS<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4,484.75 in attorney's fees as authorized by 28 U.S.C. § 2412, and $0.00 for costs as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated:   August 2, 2022

*Karen L. Stevenson*
HON. KAREN L. STEVENSON
U.S. Magistrate Judge